UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DIONICIO PEREZ,

                        Petitioner,

      vs                                                 9:04-CV-327

MICHAEL PERROTT, Superintendent,

                        Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                  OF COUNSEL:

DIONICIO PEREZ
Petitioner, Pro Se
2004-4416
Berks County Prison
1287 County Welfare Road
Leesport, PA 19533

HON. ANDREW M. CUOMO             STEVEN H. SCHWARTZ, ESQ.
Attorney General of the                 Asst. Attorney General
  State of New York
Attorney for Respondent
Department of Law
120 Broadway
New York, NY 10271

HON. DAVID N. HURD
United States District Judge

## DECISION and ORDER

      Petitioner, Dionicio Perez, brought a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By Report-Recommendation dated March 3, 2008, the Honorable Gustave J. DiBianco, United States Magistrate Judge, recommended that the petition be denied and dismissed; and further, that a certificate of appealability be denied. There have been no objections made to the Report-Recommendation.

Accordingly, it is

ORDERED that the petition for a writ of habeas corpus is DENIED and DISMISSED in all respects; and further, no certificate of appealability will be issued.

The Clerk is directed to enter judgment accordingly.

IT IS SO ORDERED.

Dated: May   28, 2008
       Utica, New York.

United States District Judge